UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,     CRIM. NO. 23-30399

v.

              NO CONTACT LIST

D-1 Ivan Blas-Martinez

    Defendant.
_____/

## STIPULATED ORDER REGARDING NO CONTACT CONDITION OF BOND

Through their respective counsel, the parties stipulate and agree that defendant, Ivan Blas-Martinez, shall have no contact with the following individuals:

- Oswaldo ESPINOSA
- Jorge BORBON-OCHOA
- Ricardo TELLO
- Rodolfo RIZZ0-RAMON
- Abraham ARECHIGA-SANTILLAN
- Jesus Leonardo CAMACHO-VERA
- Jose ISAIAS-MARTINEZ
- Eliem LINARES
- Elvin SHTAYNER
- Paulina TORRES
- Ahmad COLLINS
- Raul NAVARETTE-GOMEZ
- Martin HERRERA-FERNANDEZ
- Uriel ARIAS-CARDENAS
- David BERGER

- Sergio BLAS-MARTINEZ

**IT IS SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

Dated: October 17, 2023

**IT IS SO STIPULATED**.

s/ *C. Barrington Wilkins*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
Barrington.Wilkins@usdoj.gov
(313) 226-9621

s/ *Jean Nogues* w/permission
Attorney at Law
613 Abbott Street, Suite #500
Detroit, MI 48226
(313) 967-5542
Jean_Nogues@fd.org

Thursday, October 12, 2023